IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:22-cv-02090-MEH

FOREMOST SIGNATURE INSURANCE COMPANY,

      Plaintiff,

v.

AMERICAN EMERGENCY RESPONSE & RECOVERY COMPANY, LLC.
JOSEPH LIPSEY III
SHIRA LIPSEY a/k/a ILANA SPECTOR
JOSEPH LIPSEY IV
LOUISE LIPSEY
LILLIAN ROYER
JACK JUNGQUIST
INDIA CARDOMONE, and
WILLIAM LAING

      Defendants.

---

**ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANTS AMERICAN EMERGENCY RESPONSE & RECOVERY, LLC AND SHIRA LIPSEY a/k/a ILANA SPECTOR**

---

TO:  PLAINTIFF, FOREMOST SIGNATURE INSURANCE COMPANY, BY AND THROUGH ITS COUNSEL OF RECORD, LAMBDIN & CHANEY, LLP:

I have received your request to waive service of Summons to Defendants, American Emergency Response & Recovery, LLC and Shira Lipsey, a/k/a Ilana Spector ("Shira Lipsey"), in this action, along with a copy of Plaintiff, Foremost Signature Insurance Company's, Complaint for Declaratory Judgment, Civil Cover Sheet, accompanying Exhibits to the Complaint for Declaratory Judgment, Exhibits A through O.

WAIVER OF SERVICE

On behalf of Defendants, American Emergency Response & Recovery, LLC and Shira Lipsey and as counsel for the same, I agree to save the expense of serving a summons and complaint in this case. I am authorized by Defendants, American Emergency Response & Recovery, LLC and Shira Lipsey and do agree on their behalf, that my receipt of the foregoing is sufficient and valid service and that the formal requirements of service of process of Plaintiff, Foremost Signature Insurance Company's, Complaint for Declaratory Judgment, Civil Cover Sheet, accompanying Exhibits to the Complaint for Declaratory Judgment, Exhibits A through O, and Summons to Defendants, American Emergency Response & Recovery, LLC and Shira Lipsey, are waived.

Defendants, American Emergency Response & Recovery, LLC and Shira Lipsey's, waiver of service of process is not a waiver of any defenses or objections to the lawsuit, the court's jurisdiction and/or the venue of the action.

On behalf of Defendants, American Emergency Response & Recovery, LLC and Shira Lipsey, and as counsel for American Emergency Response & Recovery, LLC and Shira Lipsey, I agree that Defendants, American Emergency Response & Recovery, LLC and Shira Lipsey, shall have 60 days from the below date to answer or otherwise respond to Plaintiff's Complaint for Declaratory Judgment pursuant to F.R.C.P. 12.

Dated this 26 day of October, 2022.

Respectfully submitted,

By: */s/ Avi Wagner*
Avi Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

2

WAIVER OF SERVICE

Telephone: (310) 491-7949
Facsimile: (310) 491-7949
Email: avi@thewagnerfirm.com
*Attorney for Defendants American*
*Emergency Resource & Recovery*
*Company, LLC and Shira Lipsey*

3

WAIVER OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26 day of October, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

L. Kathleen Chaney, Esq.
Elaine K. Stafford, Esq.
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
Facsimile: (303) 799-3700
E-mail: kchaney@lclaw.net; estafford@lclaw.net
Attorneys for Plaintiff Foremost Signature Insurance Company

Keith R. Scranton
SPRINGER AND STEINBERG, P.C.
1600 Broadway Suite 1200
Denver, Colorado 80202
Telephone: (303) 861-2800
E-mail:  kscranton@springersteinberg.com
Attorneys for Defendant Jack Jungquist

Amy Ferrin
THE DAN CAPLIS LAW FIRM, LLC
Plaza Tower One Penthouse
6400 S. Fiddlers Green Circle, Suite 2200
Greenwood Village, CO 80111
Telephone: (303) 770-5551
E-mail:  af@caplis.law.com
Attorneys for Defendant William Laing

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Lance M. Sears
SEARS & ASSOCIATES, P.C.
2 N. Cascade Avenue, Suite 1250
Colorado Springs, CO 80903
Telephone: (719) 419-9246

4

WAIVER OF SERVICE

Facsimile: (719) 577–4356
E-mail:  lance@searsassociates.com
Attorneys for Plaintiff Lillian Royer

*s/      Charissa Morningstar*

5

WAIVER OF SERVICE